United States District Court
for the
Northern District of Georgia
Atlanta Division



RENU PROPERTY MANAGEMENT
GEORGIA LLC

Plaintiff,

v

Case Number: 1:23-CV-1087

DEMETRIUS JOHNSON
520 CLAUDEL COURT
ATLANTA, GA

Defendant,

NOTICE OF REMOVAL

SEE ATTACHED

520 Claudel Court
Atlanta GA 20221
Email: Officceofthetrustee@gmail.ccom
678-632-1316



~~MAGISTRATE COURT OF FULTON COUNTY, STATE OF GEORGIA~~

~~PROCEEDING AGAINST TENANT HOLDING OVER~~

| | |
|---|---|
| RENU PROPERTY MANAGEMENT GEORGIA LLC<br><br>P.O. BOX 451027<br><br>ATLANTA GA 31145,<br><br>Plaintiff,<br><br>vs.<br>Demetrius N. Johnson<br>520 CLAUDEL COURT<br><br>ATLANTA GA 20221,<br><br>Defendant | Case No: 1:23-CV-1087<br><br>NOTICE OF REMOVL AND NOTICE TO STAY PENDING OUTCOME OF FEDERAL CASE; DEFENDANTS ANSWERS TO DISPOSSESSORY COMPLAINT AND COUNTERCLAIM |

NOW COMES 520 Claudel Court, as Agent and hereby states that we are filing an Answer and Counter-claim and state the following response to Plaintiffs claims in this alleged lawsuit:

1. I rented this property online and paid the for six months because of my credit.

2. When I moved into the location there was multiple issues that were still unresolved despite being told that they would have been resolved prior to moving in. Some of the issues were doors not attached to rooms they were left hanging off, electrical outlets didn't work.

NOTICE OF REMOVL AND NOTICE TO STAY PENDING OUTCOME OF FEDERAL CASE; DEFENDANTS ANSWERS TO DISPOSSESSORY COMPLAINT AND COUNTERCLAIM - 1

3. Based on information and belief, the Plaintiff is not my landlord. Furthermore, I believe the Plaintiff is illegally renting housing via the internet, taking Defendants money and later filing a fake dispossessory complaint.

4. The alleged Landlord did not give me proper notice, concerning this action.

5. I do not owe any moneys and request that all repairs be made to the home asap.

## COUNTERCLAIM

6. The plaintiff owes me Six Thousand dollars for the following reasons:

7. I paid for six months in advance.

8. My landlord failed the repair the property. Due to this failure, its value has been reduced $1000 per month.

9. Since my landlord failed to make requested repairs, I made these repairs. I made these **repairs that cost $2600 dollars.**

Wherefore, I ASK THIS COURT TO Dismiss Plaintiff's lawsuit with all costs assessed against Plaintiff.

Enter a Judgment in Defendants favor and against Plaintiff for fraud for **$100,000 (One Thousand Dollars)**

502 CLAUDEL COURT, AS AGENT,
WITHOUT PREJUDICES

NOTICE OF REMOVL AND NOTICE TO STAY PENDING OUTCOME OF FEDERAL CASE; DEFENDANTS ANSWERS TO DISPOSSESSORY COMPLAINT AND COUNTERCLAIM - 2

# EXHIBIT (A)

# ANSWER TO COMPLAINT

IN THE MAGISTRATE COURT OF FULTON COUNTY
STATE OF GEORGIA

FIRST KEY HOMES LLC
P.O. BOX 45187
Atlanta, GA 31145
Plaintiff(s) Name, Address

Civil Action No: 22ED240978

vs.

3383 SABLE CHASE LN
College Park, GA 30349
Defendant(s) Name, Address

**ANSWER AND/OR COUNTERCLAIM OF DEFENDANT**
(ANSWER MUST BE RECEIVED BY OR ON YOUR DEFAULT DATE AT 5:00 PM)

*Check all that apply:*     SEE Attach

[ ] Defendant admits the claim of the Plaintiff.

[ ] Defendant is not indebted to Plaintiff in any amount.

[ ] Defendant is not indebted to the Plaintiff in the amount claimed, but is indebted to plaintiff in the amount of $ _____

[ ] Defendant paid the sum of $ _____ on the ___ day of _____, 20 ___ in full settlement of Plaintiff's claim.

[ ] The debt claimed by the Plaintiff was discharged in bankruptcy on the ___ day of _____, 20 ___, Bankruptcy case number _____.

[ ] Other: _____

[ ] **COUNTER-CLAIM:** The Plaintiff is indebted to me as follows: SEE Attach Motion

**State of Georgia, Fulton County**

_____ (Notary will print your name) being duly sworn on oath, says the facts set forth in the foregoing Answer are true and correct.

Sworn and subscribed before me

This ___ day of _____, 20 ___

Defendant's Printed Name _____

Notary Public/ Clerk/ Deputy Clerk
*(Notary Seal)*

Defendant's Signature _____

*NOTE: The Clerk's Office cannot provide legal advice. Please consult an attorney if you require assistance in filing your claim.*

MAG 13-03 ANSWER/COUNTERCLAIM May 2015